# ATTACHMENT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PABLO ABREU,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00397-APM |
| | ) |
| | ) Judge Amit P. Mehta |
| **HOWARD UNIVERSITY,** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

## **[PROPOSED] SCHEDULING ORDER**

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, it is hereby **ORDERED**:

1. Initial disclosures shall not be required.

2. The deadline for joinder of parties and amendments of pleadings is May 5, 2025.

3. All discovery shall be completed by November 13, 2025.

4. Expert discovery shall be completed as follows:

    a. Plaintiff's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than September 15, 2025.

    b. Defendant's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than October 15, 2025.

    c. Each party shall have until the close of discovery to depose the other party's expert(s).

5.   Motions for summary judgment shall be filed by January 15, 2026.  Oppositions to any motion for summary judgment shall be filed by February 26, 2026.  Reply briefs shall be filed by March 19, 2026.

6.   The Parties shall appear for a post-discovery status conference on _____, 2025 at _____ [by videoconference] [in courtroom ___].

7.   The pretrial conference shall be set by the Court following its ruling on any motions for summary judgment, or at the post-discovery status conference.

8.   The trial date shall be set by the Court at the pretrial conference following the Court's ruling on any motions for summary judgment.

IT IS SO ORDERED this __ day of March, 2025.

_____
HON. AMIT P. MEHTA
United States District Judge

**COPIES TO:**

Pablo Abreu
2081 Matthews Avenue
2nd Floor
Bronx, NY  10462

*Plaintiff, Pro Se*

Daniel I. Prywes, Esq.
Rebecca K. Connolly, Esq.
MORRIS, MANNING & MARTIN, LLP
1333 New Hampshire Ave, NW
Suite 800
Washington, DC  20036

*Counsel for Defendant*