# ATTACHMENT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAELA SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00920-APM |
| ) | |
| ) | Judge Amit P. Mehta |
| **HOWARD UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

_____

### [PROPOSED] STIPULATED FERPA ORDER

This matter comes before the Court at the joint request of Plaintiff Pablo Abreu ("Plaintiff") and Defendant Howard University (the "University" or "Defendant") for an Order relating to the production of documents in discovery that may be protected from disclosure under the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g.

Whereas FERPA prohibits the disclosure of personally identifiable information from the "education records" ("FERPA-Protected Information") of students and/or former students of the Howard University other than Plaintiff ("Howard Students") without their consent; and

Whereas the parties anticipate that discovery requests to the University may implicate certain FERPA-Protected Information from the education records of one or more Howard Students other than Plaintiff that the University may not disclose absent a court order and notice to affected individuals as required by FERPA (20 U.S.C. § 2032g(b)(2)(B));

Whereas the University reserves the right to object to any discovery request by Plaintiff seeking FERPA-protected information from any Howard Students; it is

ORDERED that on or before the date by which the University must answer any of the Plaintiff's discovery requests seeking information about Howard Students, unless the University objects to said discovery, the University shall send to any Howard Students other than Plaintiff whose FERPA-Protected Information would be disclosed by an interrogatory answer or document production a Notice stating that:

(A)  FERPA-Protected Information has been requested in discovery by one or more of the parties in this case; and

(B)  any Howard Student who wishes to object to the disclosure of FERPA-Protected information about himself or herself must notify the University (through its counsel) in writing of any objection to such disclosure, and the reason for such objection, within twenty-one (21) days of the University's sending of the Notice to the Howard Student either (a) by electronic mail to the Howard Student's University email addresses (for current students), (b) if known, the Howard Student's personal email address, or (c) by first-class mail to the Howard Student's last known mailing addresses; and it is

FURTHER ORDERED that upon receiving a Howard Student's written objection to the disclosure of his or her FERPA-Protected Information, the University shall forthwith bring that objection to the Court's attention; and it is

FURTHER ORDERED that the University shall not release any FERPA-Protected Information in discovery until the twenty-one (21) day objection period has expired without any objection or until the Court has made a ruling on the release of information when an objection is made;

FURTHER ORDERED that, where fulfilling the above notice requirements would be unduly burdensome, the University may redact irrelevant or incidental FERPA-Protected

Information from any disclosed materials rather than provide notice to each student according to the procedures set forth above;

FURTHER ORDERED that documents and information produced under this Order shall also be subject to any Protective Order entered, or to be entered, in this case that relates to confidential personal, financial, business, or other information.

SO ORDERED:

_____
Hon. Amit P. Mehta
United States District Judge

Date:

**<u>COPIES TO:</u>**

Pablo Abreu
2081 Matthews Avenue
2nd Floor
Bronx, NY  10462

*Plaintiff, Pro Se*

Daniel I. Prywes, Esq.
Rebecca K. Connolly, Esq.
MORRIS, MANNING & MARTIN, LLP
1333 New Hampshire Ave, NW
Suite 800
Washington, DC  20036

*Counsel for Defendant*